**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANOS KULCSAR,<br><br>Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>Respondent. | NO. CV 15-1080-DSF (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 5/25/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE